No. 757. FEINBERG ET AL. *v.* UNITED STATES. April 24, 1944. Petition for writ of certiorari to the Circuit

Court of Appeals for the Second Circuit denied. *Messrs. George Wolf* and *Horace M. Barba* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for the United States.